# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00180-CV

### Patrick McMorrow and Gail McMorrow, Appellants

### v.

### Branch Banking and Trust Company, et. al., Appellees

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 10-1301-C26, HONORABLE JAMES E. MORGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After appellee Branch Banking & Trust Company filed a motion to dismiss their appeal for want of subject-matter jurisdiction and for sanctions, Patrick and Gail McMorrow filed what is in substance a motion to voluntarily dismiss their appeal, advising that they "have reached an agreement outside this court." Branch Banking & Trust has not opposed the McMorrows' motion. We grant the McMorrows' motion and dismiss the appeal, *see* Tex. R. App. P. 42.1(a)(1), dismiss Branch Banking & Trust's dismissal motion as moot,[1] and deny its motion for sanctions.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed

Filed: May 26, 2011

_____

[1] We likewise dismiss as moot Branch Banking & Trust's request to accelerate this appeal.